Order issued October 3 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00048-CV

**WORLDWIDE EXPRESS OPERATIONS, LLC
D/B/A WORLDWIDE EXPRESS, Appellant**

**V.**

**DHL EXPRESS (USA), INC., Appellee**

## ORDER

We **GRANT** the parties' September 25, 2012 joint motion to abate the appeal. The appeal

will be reinstated within thirty days of the date of this order or when the Court receives a motion to

dismiss the appeal, whichever occurs sooner.

ELIZABETH LANG-MIERS
JUSTICE